**THE LITIGATION LAW GROUP**
Lawrence P. Ramirez (SBN 141550)
lpramirez@thellg.com
Linda Keny (SBN 187013)
lindakeny@thellg.com
Ryan Newnan (SBN 309345 )
ryannewnan@thellg.com
111 North Market Street, Suite 300
San Jose, California 95113
Telephone: (408) 971-1119
Facsimile:  (408) 971-1129

Attorneys for Plaintiff
GABRIEL RAMIREZ

**SEYFARTH SHAW LLP**
Pamela Vartabedian (SBN 25113)
pvartabedian@seyfarth.com
Sean Piers (SBN 305607)
spiers@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
CLUB CHAMPION LLC, a Delaware limited liability company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RAMIREZ, an individual<br><br>            Plaintiff,<br>    vs.<br><br>CLUB CHAMPION LLC, a Delaware limited liability company, and DOES 1-10<br><br>            Defendants. | Case No. 3:23-cv-00416-TLT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Hon. Trina L. Thompson |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(ii), Plaintiff Gabriel Ramirez ("Plaintiff") and Defendant Club Champion LLC ("Defendant") hereby stipulate as follows:

1. On January 27, 2023, Plaintiff filed the above-captioned lawsuit (this "Action") in the United States District Court, Northern District of California.

2. On March 30, 2023, Defendant filed an answer to the Complaint.

3. Plaintiff and Defendant have reached a settlement of all claims and have entered into a settlement agreement regarding those claims.

4. Based on the foregoing facts, Plaintiff and Defendant jointly stipulate and request as follows:

    a. This Court should dismiss the Action in its entirety against Defendant with prejudice.

    b. All upcoming hearings and deadlines should be vacated and the Action should be terminated.

DATED: December 12, 2023

Respectfully submitted,

THE LITIGATION LAW GROUP

By: *Linda Keny*
Lawrence P. Ramirez
Linda Keny
Ryan Newman
Attorneys for Plaintiff
GABRIEL RAMIREZ

DATED: December 12, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: *[signature]*
Pamela Vartabedian
Sean Piers
Attorneys for Defendant
CLUB CHAMPION LLC

**[PROPOSED] ORDER**

Having read the Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED THAT:

1. The stipulation is approved;
2. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice; and
3. Each party to bear his/its own attorneys' fees and costs.

DATED: December __13__, 2023

_____
Hon. Trina L. Thompson